## (April 15, 1957)

■ In the Matter of CENTRAL VERMONT RAILWAY, INC., Petitioner, against HOWARD T. HOGAN, Individually and as a Justice of the Supreme Court of the State of New York, et al., Respondents.— Proceeding dismissed as a matter of law and not in the exercise of discretion, with $50 costs and disbursements, payable by petitioner to respondent Gries. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.

■ In the Matter of the Accounting of BERNARD KRAM, as Administrator of the Estate of EDNA KRAM, Deceased, Respondent. BERTHA GOLDSAND, Appellant.— Motion by appellant to resettle the order of this court entered October 1, 1956 and for other relief referred to the court that rendered the decision. Present — Nolan, P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ. Motion granted to the extent of amending the decision of this court handed down October 1, 1956 by inserting in the second paragraph thereof after the words "without costs" the words "decree dated August 23, 1955 vacated." Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ. [See 2 A D 2d 851.]

■ In the Matter of the Estate of W. WILLIAM POLLINO, Deceased. SHIRLEY POLLINO, Appellant; CELIA BOTNICK et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Motions to amend order dated March 11, 1957 and for other relief denied, without costs. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [See ante, p. 758.]

■ LAWRENCE R. BAILEY, Appellant, v. CORA W. BAILEY, Respondent, et al., Defendants.— In an action to set aside a conveyance of real property formerly owned by appellant and respondent as tenants by the entirety, and for a reconveyance of appellant's former interest in the property, based upon respondent's oral promise to pay appellant his investment within 90 days, or to return the quit claim deed, the appeal is from an order dismissing the complaint, pursuant to subdivision 7 of rule 107 of the Rules of Civil Practice, on the ground that the promise is unenforcible under the provisions of the Statute of Frauds. Order modified by striking from the ordering paragraph everything following the words "as to the defendant, Cora Walker Bailey" and by adding thereto a provision that appellant have leave, if so advised, to serve an amended complaint. As so modified, order unanimously affirmed, without costs. The amended complaint shall be served within 20 days after the entry of the order hereon. We are of the opinion that under the circumstances presented herein, appellant should have been given leave to amend his complaint. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.